| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Open: | 09:30:54 | P/L:175.00 | 20 | | | | | | | ST |
| Open: | 2007-02-12, 09:30:55 | P/L:175.00 | 20 | | | | | | | ST |
| Open: | 2007-02-12, 09:30:57 | P/L:43.75 | 5 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 09:39:55 | ISE | -35 | 0.6000 | 2,100.00 | -17.50 | 0.00 | -1,776.25 | 306.25 | P C |
| Open: | 2007-02-12, 09:30:57 | P/L:131.25 | 15 | | | | | | | ST |
| Open: | 2007-02-12, 09:30:58 | P/L:175.00 | 20 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 09:39:55 | CBOE | -30 | 0.6000 | 1,800.00 | -15.00 | 0.00 | -1,522.50 | 262.50 | P C |
| Open: | 2007-02-12, 09:30:59 | P/L:175.00 | 20 | | | | | | | ST |
| Open: | 2007-02-12, 09:31:00 | P/L:87.50 | 10 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 09:39:55 | PSE | -30 | 0.6000 | 1,800.00 | -15.00 | 0.00 | -1,522.50 | 262.50 | P C |
| Open: | 2007-02-12, 09:31:00 | P/L:87.50 | 10 | | | | | | | ST |
| Open: | 2007-02-12, 09:31:01 | P/L:175.00 | 20 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 09:39:55 | CBOE | -100 | 0.6000 | 6,000.00 | -50.00 | 0.00 | -5,075.00 | 875.00 | P C |
| Open: | 2007-02-12, 09:31:03 | P/L:175.00 | 20 | | | | | | | ST |
| Open: | 2007-02-12, 09:31:04 | P/L:175.00 | 20 | | | | | | | ST |
| Open: | 2007-02-12, 09:40:13 | P/L:175.00 | 20 | | | | | | | ST |
| Open: | 2007-02-12, 09:40:13 | P/L:175.00 | 20 | | | | | | | ST |
| Open: | 2007-02-12, 09:40:15 | P/L:175.00 | 20 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 09:39:56 | CBOE | -65 | 0.6000 | 3,900.00 | -32.50 | 0.00 | -3,298.75 | 568.75 | P C |
| Open: | 2007-02-12, 09:40:15 | P/L:87.50 | 10 | | | | | | | ST |
| Open: | 2007-02-12, 09:40:16 | P/L:175.00 | 20 | | | | | | | ST |
| Open: | 2007-02-12, 09:40:17 | P/L:175.00 | 20 | | | | | | | ST |
| Open: | 2007-02-12, 09:40:17 | P/L:131.25 | 15 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 09:39:57 | CBOE | -6 | 0.6000 | 360.00 | -3.00 | 0.00 | -304.50 | 52.50 | P C |
| Open: | 2007-02-12, 09:40:17 | P/L:43.75 | 5 | | | | | | | ST |
| Open: | 2007-02-12, 09:40:18 | P/L:8.75 | 1 | | | | | | | ST |
| HPQ FEB07 | 2007-02-13, | | | | | | | | | |

**EXHIBIT E - Part 15 of 15**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42.5 P (100) | 09:47:51 | CBOE | -775 | 0.5000 | 38,750.00 | | -387.50 | 0.00 | -39,331.25 | | -968.75 | P C |
| Open: | 2007-02-12, 09:40:18 | P/L:-23.75 | 19 | | | | | | | | | ST |
| Open: | 2007-02-12, 09:40:19 | P/L:-25.00 | 20 | | | | | | | | | ST |
| Open: | 2007-02-12, 09:40:20 | P/L:-25.00 | 20 | | | | | | | | | ST |
| Open: | 2007-02-12, 09:40:20 | P/L:-25.00 | 20 | | | | | | | | | ST |
| Open: | 2007-02-12, 09:40:22 | P/L:-25.00 | 20 | | | | | | | | | ST |
| Open: | 2007-02-12, 09:40:23 | P/L:-25.00 | 20 | | | | | | | | | ST |
| Open: | 2007-02-12, 09:40:24 | P/L:-25.00 | 20 | | | | | | | | | ST |
| Open: | 2007-02-12, 09:40:25 | P/L:-25.00 | 20 | | | | | | | | | ST |
| Open: | 2007-02-12, 09:40:41 | P/L:-62.50 | 50 | | | | | | | | | ST |
| Open: | 2007-02-12, 09:40:49 | P/L:-10.00 | 8 | | | | | | | | | ST |
| Open: | 2007-02-12, 09:41:05 | P/L:-50.00 | 40 | | | | | | | | | ST |
| Open: | 2007-02-12, 09:41:11 | P/L:-2.50 | 2 | | | | | | | | | ST |
| Open: | 2007-02-12, 09:41:12 | P/L:-62.50 | 50 | | | | | | | | | ST |
| Open: | 2007-02-12, 09:41:26 | P/L:-62.50 | 50 | | | | | | | | | ST |
| Open: | 2007-02-12, 09:41:28 | P/L:-6.25 | 5 | | | | | | | | | ST |
| Open: | 2007-02-12, 09:41:29 | P/L:-6.25 | 5 | | | | | | | | | ST |
| Open: | 2007-02-12, 10:17:11 | P/L:-62.50 | 50 | | | | | | | | | ST |
| Open: | 2007-02-12, 10:17:12 | P/L:-62.50 | 50 | | | | | | | | | ST |
| Open: | 2007-02-12, 10:17:13 | P/L:-62.50 | 50 | | | | | | | | | ST |
| Open: | 2007-02-12, 10:17:15 | P/L:-62.50 | 50 | | | | | | | | | ST |
| Open: | 2007-02-12, 10:17:16 | P/L:-62.50 | 50 | | | | | | | | | ST |
| Open: | 2007-02-12, 10:17:17 | P/L:-33.75 | 27 | | | | | | | | | ST |
| Open: | 2007-02-12, 10:17:17 | P/L:-28.75 | 23 | | | | | | | | | ST |
| Open: | 2007-02-12, 10:17:18 | P/L:-62.50 | 50 | | | | | | | | | ST |
| Open: | 2007-02-12, 10:17:19 | P/L:-62.50 | 50 | | | | | | | | | ST |
| | 2007-02-12, | | | | | | | | | | | |

**EXHIBIT E - Part 15 of 15**

| Symbol | Date/Time | Exchange | Qty | Price | Proceeds | Comm | Tax | Net | P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| Open: | 10:17:19 | P/L:-7.50 | 6 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 09:47:57 | PHLX | -50 | 0.5000 | 2,500.00 | -25.00 | 0.00 | -2,537.50 | -62.50 | P C |
| Open: | 2007-02-12, 10:17:19 | P/L:-5.00 | 4 | | | | | | | ST |
| Open: | 2007-02-12, 10:17:19 | P/L:-25.00 | 20 | | | | | | | ST |
| Open: | 2007-02-12, 10:17:19 | P/L:-25.00 | 20 | | | | | | | ST |
| Open: | 2007-02-12, 10:17:20 | P/L:-7.50 | 6 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 09:47:57 | ISE | -40 | 0.5000 | 2,000.00 | -20.00 | 0.00 | -2,030.00 | -50.00 | P C |
| Open: | 2007-02-12, 10:17:20 | P/L:-50.00 | 40 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 09:48:01 | PHLX | -135 | 0.5000 | 6,750.00 | -67.50 | 0.00 | -6,851.25 | -168.75 | P C |
| Open: | 2007-02-12, 10:17:20 | P/L:-5.00 | 4 | | | | | | | ST |
| Open: | 2007-02-12, 10:17:29 | P/L:-120.00 | 96 | | | | | | | ST |
| Open: | 2007-02-12, 10:17:29 | P/L:-43.75 | 35 | | | | | | | ST |
| HPQ FEB07 40 P (100) | 2007-02-13, 09:48:38 | ISE | -10 | 0.0500 | 50.00 | -5.00 | 0.00 | -55.00 | -10.00 | C |
| Open: | 2007-02-12, 10:27:26 | P/L:-4.00 | 4 | | | | | | | ST |
| Open: | 2007-02-12, 10:27:26 | P/L:-6.00 | 6 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 09:49:22 | CBOE | -1,184 | 0.5000 | 59,200.00 | -592.00 | 0.00 | -60,088.00 | -1,480.00 | P C |
| Open: | 2007-02-12, 10:17:29 | P/L:-7.50 | 6 | | | | | | | ST |
| Open: | 2007-02-12, 10:17:29 | P/L:-32.50 | 26 | | | | | | | ST |
| Open: | 2007-02-12, 10:17:29 | P/L:-18.75 | 15 | | | | | | | ST |
| Open: | 2007-02-12, 10:17:29 | P/L:-62.50 | 50 | | | | | | | ST |
| Open: | 2007-02-12, 10:17:29 | P/L:-71.25 | 57 | | | | | | | ST |
| Open: | 2007-02-12, 10:17:29 | P/L:-120.00 | 96 | | | | | | | ST |
| Open: | 2007-02-12, 10:17:29 | P/L:-18.75 | 15 | | | | | | | ST |
| Open: | 2007-02-12, 10:17:29 | P/L:-18.75 | 15 | | | | | | | ST |
| Open: | 2007-02-12, 10:17:29 | P/L:-71.25 | 57 | | | | | | | ST |
| Open: | 2007-02-12, 10:17:30 | P/L:-93.75 | 75 | | | | | | | ST |
| | 2007-02-12, | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Open: | 10:17:30 | P/L:-25.00 | 20 | | | | | | | ST |
| Open: | 2007-02-12, 10:17:31 | P/L:-37.50 | 30 | | | | | | | ST |
| Open: | 2007-02-12, 10:17:31 | P/L:-25.00 | 20 | | | | | | | ST |
| Open: | 2007-02-12, 10:17:32 | P/L:-37.50 | 30 | | | | | | | ST |
| Open: | 2007-02-12, 10:17:33 | P/L:-62.50 | 50 | | | | | | | ST |
| Open: | 2007-02-12, 10:17:34 | P/L:-62.50 | 50 | | | | | | | ST |
| Open: | 2007-02-12, 10:17:47 | P/L:-22.50 | 18 | | | | | | | ST |
| Open: | 2007-02-12, 10:18:06 | P/L:-40.00 | 32 | | | | | | | ST |
| Open: | 2007-02-12, 10:18:54 | P/L:-62.50 | 50 | | | | | | | ST |
| Open: | 2007-02-12, 10:19:39 | P/L:-1.25 | 1 | | | | | | | ST |
| Open: | 2007-02-12, 10:21:17 | P/L:-62.50 | 50 | | | | | | | ST |
| Open: | 2007-02-12, 10:21:18 | P/L:-58.75 | 47 | | | | | | | ST |
| Open: | 2007-02-12, 10:21:19 | P/L:-3.75 | 3 | | | | | | | ST |
| Open: | 2007-02-12, 10:21:21 | P/L:-62.50 | 50 | | | | | | | ST |
| Open: | 2007-02-12, 10:22:03 | P/L:-7.50 | 6 | | | | | | | ST |
| Open: | 2007-02-12, 10:23:12 | P/L:-90.00 | 72 | | | | | | | ST |
| Open: | 2007-02-12, 10:23:12 | P/L:-303.75 | 243 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 09:49:23 | PHLX | -50 | 0.5000 | 2,500.00 | -25.00 | 0.00 | -2,537.50 | -62.50 | P C |
| Open: | 2007-02-12, 10:23:12 | P/L:-47.50 | 38 | | | | | | | ST |
| Open: | 2007-02-12, 10:23:12 | P/L:-15.00 | 12 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 09:49:23 | ISE | -81 | 0.5000 | 4,050.00 | -40.50 | 0.00 | -4,110.75 | -101.25 | P C |
| Open: | 2007-02-12, 10:23:12 | P/L:-47.50 | 38 | | | | | | | ST |
| Open: | 2007-02-12, 10:23:12 | P/L:-36.25 | 29 | | | | | | | ST |
| Open: | 2007-02-12, 10:23:12 | P/L:-17.50 | 14 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 09:49:23 | ISE | -54 | 0.5000 | 2,700.00 | -27.00 | 0.00 | -2,740.50 | -67.50 | P C |
| Open: | 2007-02-12, 10:23:12 | P/L:-67.50 | 54 | | | | | | | ST |
| HPQ FEB07 | 2007-02-13, | | | | | | | | | |

**EXHIBIT E - Part 15 of 15**

| Symbol | Date/Time | Exchange | Qty | Price | Amount | Comm | Tax | Net | P/L | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 42.5 P (100) | 09:56:39 | CBOE | -72 | 0.4500 | 3,240.00 | -36.00 | 0.00 | -3,654.00 | -450.00 | P C |
| Open: | 2007-02-12, 10:23:12 | P/L:-450.00 | 72 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 09:56:39 | PHLX | -670 | 0.4500 | 30,150.00 | -335.00 | 0.00 | -36,165.45 | -6,350.45 | P C |
| Open: | 2007-02-12, 10:23:12 | P/L:-2,675.00 | 428 | | | | | | | ST |
| Open: | 2007-02-12, 11:09:50 | P/L:-125.00 | 20 | | | | | | | ST |
| Open: | 2007-02-12, 12:22:58 | P/L:-3,550.45 | 222 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 09:56:43 | CBOE | -246 | 0.4500 | 11,070.00 | -123.00 | 0.00 | -14,881.29 | -3,934.29 | P C |
| Open: | 2007-02-12, 12:22:58 | P/L:-3,934.29 | 246 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 09:56:43 | ISE | -12 | 0.4500 | 540.00 | -6.00 | 0.00 | -725.92 | -191.92 | P C |
| Open: | 2007-02-12, 12:22:58 | P/L:-191.92 | 12 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 09:59:42 | ISE | -398 | 0.4000 | 15,920.00 | -199.00 | 0.00 | -24,077.34 | -8,356.34 | P C |
| Open: | 2007-02-12, 12:22:58 | P/L:-4,996.34 | 238 | | | | | | | ST |
| Open: | 2007-02-12, 12:23:00 | P/L:-2,751.00 | 131 | | | | | | | ST |
| Open: | 2007-02-12, 12:23:04 | P/L:-609.00 | 29 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 09:59:42 | PHLX | -237 | 0.4000 | 9,480.00 | -118.50 | 0.00 | -14,338.50 | -4,977.00 | P C |
| Open: | 2007-02-12, 12:23:04 | P/L:-441.00 | 21 | | | | | | | ST |
| Open: | 2007-02-12, 12:23:24 | P/L:-1,050.00 | 50 | | | | | | | ST |
| Open: | 2007-02-12, 12:23:24 | P/L:-420.00 | 20 | | | | | | | ST |
| Open: | 2007-02-12, 12:23:26 | P/L:-231.00 | 11 | | | | | | | ST |
| Open: | 2007-02-12, 14:01:19 | P/L:-420.00 | 20 | | | | | | | ST |
| Open: | 2007-02-12, 14:01:19 | P/L:-420.00 | 20 | | | | | | | ST |
| Open: | 2007-02-12, 14:01:19 | P/L:-210.00 | 10 | | | | | | | ST |
| Open: | 2007-02-12, 14:05:27 | P/L:-462.00 | 22 | | | | | | | ST |
| Open: | 2007-02-12, 14:05:38 | P/L:-420.00 | 20 | | | | | | | ST |
| Open: | 2007-02-12, 14:05:53 | P/L:-210.00 | 10 | | | | | | | ST |
| Open: | 2007-02-12, 14:05:54 | P/L:-420.00 | 20 | | | | | | | ST |
| | 2007-02-12, | | | | | | | | | |

**EXHIBIT E - Part 15 of 15**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Open: | 14:05:57 | P/L:-273.00 | 13 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 09:59:42 | CBOE | -240 | 0.4000 | 9,600.00 | -120.00 | 0.00 | -15,575.00 | -6,095.00 | P C |
| Open: | 2007-02-12, 14:05:57 | P/L:-147.00 | 7 | | | | | | | ST |
| Open: | 2007-02-12, 14:09:39 | P/L:-462.00 | 22 | | | | | | | ST |
| Open: | 2007-02-12, 14:30:03 | P/L:-1,742.00 | 67 | | | | | | | ST |
| Open: | 2007-02-12, 14:30:03 | P/L:-1,430.00 | 55 | | | | | | | ST |
| Open: | 2007-02-12, 14:30:03 | P/L:-1,950.00 | 75 | | | | | | | ST |
| Open: | 2007-02-12, 14:30:03 | P/L:-364.00 | 14 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 10:00:32 | PHLX | -75 | 0.4000 | 3,000.00 | -37.50 | 0.00 | -4,912.50 | -1,950.00 | C |
| Open: | 2007-02-12, 14:30:03 | P/L:-936.00 | 36 | | | | | | | ST |
| Open: | 2007-02-12, 14:30:03 | P/L:-1,014.00 | 39 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 10:00:46 | CBOE | -25 | 0.4000 | 1,000.00 | -12.50 | 0.00 | -1,637.50 | -650.00 | P C |
| Open: | 2007-02-12, 14:30:03 | P/L:-650.00 | 25 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 10:00:46 | PHLX | -25 | 0.4000 | 1,000.00 | -12.50 | 0.00 | -1,637.50 | -650.00 | P C |
| Open: | 2007-02-12, 14:30:03 | P/L:-52.00 | 2 | | | | | | | ST |
| Open: | 2007-02-12, 14:30:06 | P/L:-598.00 | 23 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 10:02:42 | BOX | -10 | 0.4000 | 400.00 | -5.00 | 0.00 | -655.00 | -260.00 | C |
| Open: | 2007-02-12, 14:30:06 | P/L:-260.00 | 10 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 10:02:53 | PSE | -75 | 0.3500 | 2,625.00 | -37.50 | 0.00 | -4,912.50 | -2,325.00 | P C |
| Open: | 2007-02-12, 14:30:06 | P/L:-2,325.00 | 75 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 10:02:53 | PSE | -55 | 0.3500 | 1,925.00 | -27.50 | 0.00 | -3,602.50 | -1,705.00 | P C |
| Open: | 2007-02-12, 14:30:06 | P/L:-1,705.00 | 55 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 10:02:53 | BOX | -100 | 0.3500 | 3,500.00 | -50.00 | 0.00 | -6,550.00 | -3,100.00 | P C |
| Open: | 2007-02-12, 14:30:06 | P/L:-3,100.00 | 100 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 10:02:53 | PSE | -50 | 0.3500 | 1,750.00 | -25.00 | 0.00 | -3,275.00 | -1,550.00 | P C |
| Open: | 2007-02-12, 14:30:06 | P/L:-1,550.00 | 50 | | | | | | | ST |
| HPQ FEB07 | 2007-02-13, | | | | | | | | | |

**EXHIBIT E - Part 15 of 15**

| Symbol | Date/Time | Exch | Qty | Price | Amount | Comm | Tax | MTM P/L | Real P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 42.5 P (100) | 10:02:53 | BOX | -472 | 0.3500 | 16,520.00 | -236.00 | 0.00 | -30,916.00 | -14,632.00 | P C |
| Open: | 2007-02-12, 14:30:06 | P/L:-6,510.00 | 210 | | | | | | | ST |
| Open: | 2007-02-12, 14:34:22 | P/L:-8,122.00 | 262 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 10:02:53 | BOX | -29 | 0.3500 | 1,015.00 | -14.50 | 0.00 | -1,899.50 | -899.00 | P C |
| Open: | 2007-02-12, 14:34:22 | P/L:-899.00 | 29 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 10:02:53 | BOX | -75 | 0.3500 | 2,625.00 | -37.50 | 0.00 | -4,912.50 | -2,325.00 | P C |
| Open: | 2007-02-12, 14:34:22 | P/L:-2,325.00 | 75 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 10:02:53 | BOX | -140 | 0.3500 | 4,900.00 | -70.00 | 0.00 | -9,170.00 | -4,340.00 | P C |
| Open: | 2007-02-12, 14:34:22 | P/L:-4,340.00 | 140 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 10:02:53 | BOX | -50 | 0.3500 | 1,750.00 | -25.00 | 0.00 | -3,275.00 | -1,550.00 | P C |
| Open: | 2007-02-12, 14:34:22 | P/L:-341.00 | 11 | | | | | | | ST |
| Open: | 2007-02-12, 14:34:22 | P/L:-1,209.00 | 39 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 10:02:53 | ISE | -960 | 0.3500 | 33,600.00 | -480.00 | 0.00 | -64,428.00 | -31,308.00 | P C |
| Open: | 2007-02-12, 14:34:22 | P/L:-11,408.00 | 368 | | | | | | | ST |
| Open: | 2007-02-12, 14:34:24 | P/L:-961.00 | 31 | | | | | | | ST |
| Open: | 2007-02-12, 14:34:26 | P/L:-310.00 | 10 | | | | | | | ST |
| Open: | 2007-02-12, 14:34:26 | P/L:-1,085.00 | 35 | | | | | | | ST |
| Open: | 2007-02-12, 14:45:19 | P/L:-1,300.00 | 50 | | | | | | | ST |
| Open: | 2007-02-12, 15:05:50 | P/L:-720.00 | 20 | | | | | | | ST |
| Open: | 2007-02-12, 15:05:50 | P/L:-1,080.00 | 30 | | | | | | | ST |
| Open: | 2007-02-12, 15:08:38 | P/L:-180.00 | 5 | | | | | | | ST |
| Open: | 2007-02-12, 15:08:40 | P/L:-1,881.00 | 57 | | | | | | | ST |
| Open: | 2007-02-12, 15:08:40 | P/L:-1,254.00 | 38 | | | | | | | ST |
| Open: | 2007-02-12, 15:10:07 | P/L:-180.00 | 5 | | | | | | | ST |
| Open: | 2007-02-12, 15:10:08 | P/L:-2,196.00 | 61 | | | | | | | ST |
| Open: | 2007-02-12, 15:10:11 | P/L:-476.00 | 14 | | | | | | | ST |
| | 2007-02-12, | | | | | | | | | |

**EXHIBIT E - Part 15 of 15**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Open: | 15:10:11 | P/L:-680.00 | 20 | | | | | | | ST |
| Open: | 2007-02-12, 15:10:27 | P/L:-756.00 | 21 | | | | | | | ST |
| Open: | 2007-02-12, 15:10:31 | P/L:-6,265.00 | 179 | | | | | | | ST |
| Open: | 2007-02-12, 15:11:17 | P/L:-576.00 | 16 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 10:02:53 | PHLX | -619 | 0.3500 | 21,665.00 | -309.50 | 0.00 | -43,525.50 | -22,170.00 | P C |
| Open: | 2007-02-12, 15:11:17 | P/L:-4,428.00 | 123 | | | | | | | ST |
| Open: | 2007-02-12, 15:11:17 | P/L:-11,196.00 | 311 | | | | | | | ST |
| Open: | 2007-02-12, 15:11:19 | P/L:-1,800.00 | 50 | | | | | | | ST |
| Open: | 2007-02-12, 15:18:18 | P/L:-2,808.00 | 78 | | | | | | | ST |
| Open: | 2007-02-12, 15:18:20 | P/L:-1,938.00 | 57 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 10:02:53 | CBOE | 1,617 | 0.3500 | 56,595.00 | -808.50 | 0.00 | 112,464.50 | -56,678.00 | P C |
| Open: | 2007-02-12, 15:18:20 | P/L:-2,958.00 | 87 | | | | | | | ST |
| Open: | 2007-02-12, 15:18:20 | P/L:-9,730.00 | 278 | | | | | | | ST |
| Open: | 2007-02-12, 15:19:30 | P/L:-648.00 | 18 | | | | | | | ST |
| Open: | 2007-02-12, 15:19:32 | P/L:-2,160.00 | 60 | | | | | | | ST |
| Open: | 2007-02-12, 15:19:34 | P/L:-14,770.00 | 422 | | | | | | | ST |
| Open: | 2007-02-12, 15:24:06 | P/L:-180.00 | 5 | | | | | | | ST |
| Open: | 2007-02-12, 15:24:08 | P/L:-3,230.00 | 95 | | | | | | | ST |
| Open: | 2007-02-12, 15:24:28 | P/L:-180.00 | 5 | | | | | | | ST |
| Open: | 2007-02-12, 15:24:31 | P/L:-3,230.00 | 95 | | | | | | | ST |
| Open: | 2007-02-12, 15:25:07 | P/L:-180.00 | 5 | | | | | | | ST |
| Open: | 2007-02-12, 15:25:10 | P/L:-3,230.00 | 95 | | | | | | | ST |
| Open: | 2007-02-12, 15:25:45 | P/L:-180.00 | 5 | | | | | | | ST |
| Open: | 2007-02-12, 15:25:47 | P/L:-2,556.00 | 71 | | | | | | | ST |
| Open: | 2007-02-12, 15:25:49 | P/L:-350.00 | 10 | | | | | | | ST |
| Open: | 2007-02-12, 15:25:49 | P/L:-315.00 | 9 | | | | | | | ST |
| | 2007-02-12, | | | | | | | | | |

**EXHIBIT E - Part 15 of 15**

| Symbol | Date/Time | Exchange | Qty | Price | Value | ... | ... | ... | ... | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Open: | 15:25:49 | P/L:-175.00 | 5 | | | | | | | ST |
| Open: | 2007-02-12, 15:26:16 | P/L:-1,224.00 | 34 | | | | | | | ST |
| Open: | 2007-02-12, 15:26:20 | P/L:-910.00 | 26 | | | | | | | ST |
| Open: | 2007-02-12, 15:26:20 | P/L:-945.00 | 27 | | | | | | | ST |
| Open: | 2007-02-12, 15:26:20 | P/L:-455.00 | 13 | | | | | | | ST |
| Open: | 2007-02-12, 15:26:51 | P/L:-900.00 | 25 | | | | | | | ST |
| Open: | 2007-02-12, 15:26:53 | P/L:-2,700.00 | 75 | | | | | | | ST |
| Open: | 2007-02-12, 15:27:39 | P/L:-1,800.00 | 50 | | | | | | | ST |
| Open: | 2007-02-12, 15:27:41 | P/L:-1,800.00 | 50 | | | | | | | ST |
| Open: | 2007-02-12, 15:28:54 | P/L:-1,872.00 | 52 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 10:02:54 | PHLX | -200 | 0.3500 | 7,000.00 | -100.00 | 0.00 | -14,100.00 | -7,200.00 | P C |
| Open: | 2007-02-12, 15:28:54 | P/L:-1,728.00 | 48 | | | | | | | ST |
| Open: | 2007-02-12, 15:32:26 | P/L:-1,800.00 | 50 | | | | | | | ST |
| Open: | 2007-02-12, 15:32:29 | P/L:-1,800.00 | 50 | | | | | | | ST |
| Open: | 2007-02-12, 15:32:38 | P/L:-1,872.00 | 52 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 10:02:54 | CBOE | -46 | 0.3500 | 1,610.00 | -23.00 | 0.00 | -3,243.00 | -1,656.00 | P C |
| Open: | 2007-02-12, 15:32:38 | P/L:-1,656.00 | 46 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 10:02:54 | BOX | -75 | 0.3500 | 2,625.00 | -37.50 | 0.00 | -5,287.50 | -2,700.00 | P C |
| Open: | 2007-02-12, 15:32:38 | P/L:-72.00 | 2 | | | | | | | ST |
| Open: | 2007-02-12, 15:36:00 | P/L:-1,116.00 | 31 | | | | | | | ST |
| Open: | 2007-02-12, 15:36:17 | P/L:-684.00 | 19 | | | | | | | ST |
| Open: | 2007-02-12, 15:36:17 | P/L:-648.00 | 18 | | | | | | | ST |
| Open: | 2007-02-12, 15:36:18 | P/L:-180.00 | 5 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 10:02:54 | CBOE | -4 | 0.3500 | 140.00 | -2.00 | 0.00 | -282.00 | -144.00 | P C |
| Open: | 2007-02-12, 15:36:18 | P/L:-144.00 | 4 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 10:02:54 | CBOE | -148 | 0.3500 | 5,180.00 | -74.00 | 0.00 | -10,434.00 | -5,328.00 | P C |
| | 2007-02-12, | | | | | | | | | |

**EXHIBIT E - Part 15 of 15**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Open: | 15:36:18 | P/L:-216.00 | 6 | | | | | | | ST |
| Open: | 2007-02-12, 15:36:18 | P/L:-1,152.00 | 32 | | | | | | | ST |
| Open: | 2007-02-12, 15:36:18 | P/L:-108.00 | 3 | | | | | | | ST |
| Open: | 2007-02-12, 15:36:18 | P/L:-540.00 | 15 | | | | | | | ST |
| Open: | 2007-02-12, 15:36:18 | P/L:-720.00 | 20 | | | | | | | ST |
| Open: | 2007-02-12, 15:36:18 | P/L:-900.00 | 25 | | | | | | | ST |
| Open: | 2007-02-12, 15:36:20 | P/L:-1,692.00 | 47 | | | | | | | ST |
| HPQ FEB07 42.5 P (100) | 2007-02-13, 10:02:55 | CBOE | -275 | 0.3500 | 9,625.00 | -137.50 | 0.00 | -19,387.50 | -9,900.00 | P C |
| Open: | 2007-02-12, 15:36:20 | P/L:-7,380.00 | 205 | | | | | | | ST |
| Open: | 2007-02-12, 15:36:20 | P/L:-540.00 | 15 | | | | | | | ST |
| Open: | 2007-02-12, 15:36:20 | P/L:-1,980.00 | 55 | | | | | | | ST |
| HPQ FEB07 40 P (100) | 2007-02-13, 14:42:10 | BOX | -1 | 0.0300 | 3.00 | -1.00 | 0.00 | -5.50 | -3.50 | C |
| Open: | 2007-02-12, 10:27:26 | P/L:-3.50 | 1 | | | | | | | ST |
| HPQ FEB07 40 P (100) | 2007-02-14, 09:49:41 | BOX | -5 | 0.0200 | 10.00 | -1.25 | 0.00 | -27.50 | -18.75 | C |
| Open: | 2007-02-12, 10:27:26 | P/L:-18.75 | 5 | | | | | | | ST |
| HPQ FEB07 40 P (100) | 2007-02-14, 10:20:25 | BOX | -2 | 0.0200 | 4.00 | -1.00 | 0.00 | -11.00 | -8.00 | C |
| Open: | 2007-02-12, 10:27:26 | P/L:-8.00 | 2 | | | | | | | ST |
| HPQ FEB07 40 P (100) | 2007-02-14, 11:31:41 | BOX | -5 | 0.0200 | 10.00 | -1.25 | 0.00 | -27.50 | -18.75 | C |
| Open: | 2007-02-12, 10:27:26 | P/L:-18.75 | 5 | | | | | | | ST |
| HPQ FEB07 40 P (100) | 2007-02-14, 14:15:54 | BOX | -2 | 0.0200 | 4.00 | -1.00 | 0.00 | -11.00 | -8.00 | C |
| Open: | 2007-02-12, 10:27:26 | P/L:-8.00 | 2 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-14, 15:58:27 | PSE | 11 | 0.1500 | -165.00 | -5.50 | 0.00 | 170.50 | 0.00 | P O |
| RNWK FEB07 10 P (100) | 2007-02-14, 15:58:27 | PSE | 50 | 0.1500 | -750.00 | -25.00 | 0.00 | 775.00 | 0.00 | P O |
| RNWK FEB07 10 P (100) | 2007-02-14, 15:58:27 | PHLX | 61 | 0.1500 | -915.00 | -30.50 | 0.00 | 945.50 | 0.00 | P O |
| RNWK FEB07 10 P (100) | 2007-02-14, 15:58:27 | CBOE | 261 | 0.1500 | -3,915.00 | -130.50 | 0.00 | 4,045.50 | 0.00 | P O |
| RNWK FEB07 10 P (100) | 2007-02-14, 15:58:28 | PSE | 30 | 0.1500 | -450.00 | -15.00 | 0.00 | 465.00 | 0.00 | P O |
| RNWK FEB07 | 2007-02-14, | | | | | | | | | |

**EXHIBIT E - Part 15 of 15**

| Symbol | Date/Time | Exchange | Qty | Price | Proceeds | Comm | Tax | Basis | P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 P (100) | 15:58:28 | ISE | 85 | 0.1500 | -1,275.00 | -42.50 | 0.00 | 1,317.50 | 0.00 | P O |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:30:18 | PHLX | -11 | 0.4000 | 440.00 | -5.50 | 0.00 | -170.50 | 264.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:264.00 | 11 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:30:18 | PSE | -20 | 0.4000 | 800.00 | -10.00 | 0.00 | -310.00 | 480.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:480.00 | 20 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:30:18 | PSE | -30 | 0.4000 | 1,200.00 | -15.00 | 0.00 | -465.00 | 720.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:720.00 | 30 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:30:19 | CBOE | -25 | 0.4000 | 1,000.00 | -12.50 | 0.00 | -387.50 | 600.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:600.00 | 25 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:30:20 | PHLX | -8 | 0.4000 | 320.00 | -4.00 | 0.00 | -124.00 | 192.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:192.00 | 8 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:30:21 | PSE | -6 | 0.4000 | 240.00 | -3.00 | 0.00 | -93.00 | 144.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:144.00 | 6 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:30:23 | PSE | -11 | 0.4000 | 440.00 | -5.50 | 0.00 | -170.50 | 264.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:264.00 | 11 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:30:24 | CBOE | -25 | 0.4000 | 1,000.00 | -12.50 | 0.00 | -387.50 | 600.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:264.00 | 11 | | | | | | | ST |
| Open: | 2007-02-14, 15:58:27 | P/L:336.00 | 14 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:30:27 | CBOE | -4 | 0.4000 | 160.00 | -2.00 | 0.00 | -62.00 | 96.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:96.00 | 4 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:30:30 | CBOE | -10 | 0.4000 | 400.00 | -5.00 | 0.00 | -155.00 | 240.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:240.00 | 10 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:30:32 | CBOE | -3 | 0.4000 | 120.00 | -1.50 | 0.00 | -46.50 | 72.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:72.00 | 3 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:30:32 | CBOE | -3 | 0.4000 | 120.00 | -1.50 | 0.00 | -46.50 | 72.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:72.00 | 3 | | | | | | | ST |
| RNWK FEB07 | 2007-02-15, | | | | | | | | | |

**EXHIBIT E - Part 15 of 15**

| Symbol | Date/Time | Exchange | Qty | Price | Proceeds | Comm | Tax | Basis | P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 P (100) | 09:30:33 | CBOE | -5 | 0.4000 | 200.00 | -2.50 | 0.00 | -77.50 | 120.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:120.00 | 5 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:30:33 | CBOE | -8 | 0.4000 | 320.00 | -4.00 | 0.00 | -124.00 | 192.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:192.00 | 8 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:30:34 | ISE | -10 | 0.4500 | 450.00 | -5.00 | 0.00 | -155.00 | 290.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:290.00 | 10 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:30:34 | ISE | -20 | 0.4000 | 800.00 | -10.00 | 0.00 | -310.00 | 480.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:480.00 | 20 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:30:34 | ISE | -20 | 0.4000 | 800.00 | -10.00 | 0.00 | -310.00 | 480.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:480.00 | 20 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:30:34 | ISE | -30 | 0.4000 | 1,200.00 | -15.00 | 0.00 | -465.00 | 720.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:720.00 | 30 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:30:46 | ISE | -2 | 0.4000 | 80.00 | -1.00 | 0.00 | -31.00 | 48.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:48.00 | 2 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:30:47 | ISE | -6 | 0.4000 | 240.00 | -3.00 | 0.00 | -93.00 | 144.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:144.00 | 6 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:30:47 | ISE | -17 | 0.4000 | 680.00 | -8.50 | 0.00 | -263.50 | 408.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:408.00 | 17 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:30:47 | ISE | -18 | 0.4000 | 720.00 | -9.00 | 0.00 | -279.00 | 432.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:432.00 | 18 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:30:47 | ISE | -6 | 0.4000 | 240.00 | -3.00 | 0.00 | -93.00 | 144.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:144.00 | 6 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:31:17 | CBOE | -11 | 0.5000 | 550.00 | -5.50 | 0.00 | -170.50 | 374.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:374.00 | 11 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:31:17 | CBOE | -3 | 0.5000 | 150.00 | -1.50 | 0.00 | -46.50 | 102.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:102.00 | 3 | | | | | | | ST |
| RNWK FEB07 | 2007-02-15, | | | | | | | | | |

**EXHIBIT E - Part 15 of 15**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 P (100) | 09:31:17 | CBOE | -2 | 0.5000 | 100.00 | -1.00 | 0.00 | -31.00 | 68.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:68.00 | 2 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:31:17 | CBOE | -1 | 0.5000 | 50.00 | -0.50 | 0.00 | -15.50 | 34.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:34.00 | 1 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:31:18 | PSE | -20 | 0.5000 | 1,000.00 | -10.00 | 0.00 | -310.00 | 680.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:680.00 | 20 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:31:18 | PSE | -12 | 0.5000 | 600.00 | -6.00 | 0.00 | -186.00 | 408.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:408.00 | 12 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:31:18 | PSE | -5 | 0.5000 | 250.00 | -2.50 | 0.00 | -77.50 | 170.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:170.00 | 5 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:31:18 | CBOE | -34 | 0.5000 | 1,700.00 | -17.00 | 0.00 | -527.00 | 1,156.00 | P C |
| Open: | 2007-02-14, 15:58:27 | P/L:1,054.00 | 31 | | | | | | | ST |
| Open: | 2007-02-14, 15:58:28 | P/L:102.00 | 3 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:31:18 | PSE | -1 | 0.5000 | 50.00 | -0.50 | 0.00 | -15.50 | 34.00 | P C |
| Open: | 2007-02-14, 15:58:28 | P/L:34.00 | 1 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:31:18 | PSE | -2 | 0.5000 | 100.00 | -1.00 | 0.00 | -31.00 | 68.00 | P C |
| Open: | 2007-02-14, 15:58:28 | P/L:68.00 | 2 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:31:18 | ISE | -26 | 0.5000 | 1,300.00 | -13.00 | 0.00 | -403.00 | 884.00 | P C |
| Open: | 2007-02-14, 15:58:28 | P/L:816.00 | 24 | | | | | | | ST |
| Open: | 2007-02-14, 15:58:28 | P/L:68.00 | 2 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:31:19 | CBOE | -16 | 0.5000 | 800.00 | -8.00 | 0.00 | -248.00 | 544.00 | P C |
| Open: | 2007-02-14, 15:58:28 | P/L:544.00 | 16 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:31:19 | ISE | -26 | 0.5000 | 1,300.00 | -13.00 | 0.00 | -403.00 | 884.00 | P C |
| Open: | 2007-02-14, 15:58:28 | P/L:884.00 | 26 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:31:19 | ISE | -9 | 0.5000 | 450.00 | -4.50 | 0.00 | -139.50 | 306.00 | P C |
| Open: | 2007-02-14, 15:58:28 | P/L:306.00 | 9 | | | | | | | ST |
| RNWK FEB07 | 2007-02-15, | | | | | | | | | |

**EXHIBIT E - Part 15 of 15**

| Symbol | Date/Time | Exchange | Qty | Price | Proceeds | Comm | Tax | Basis | Realized P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 P (100) | 09:32:30 | PSE | -20 | 0.4000 | 800.00 | -10.00 | 0.00 | -310.00 | 480.00 | P C |
| Open: | 2007-02-14, 15:58:28 | P/L:480.00 | 20 | | | | | | | ST |
| RNWK FEB07 10 P (100) | 2007-02-15, 09:32:30 | PSE | -12 | 0.4000 | 480.00 | -6.00 | 0.00 | -186.00 | 288.00 | P C |
| Open: | 2007-02-14, 15:58:28 | P/L:288.00 | 12 | | | | | | | ST |
| NABI FEB07 5 C (100) | 2007-02-15, 14:35:09 | PHLX | 10 | 0.8000 | -800.00 | -5.00 | 0.00 | 805.00 | 0.00 | O |
| NABI FEB07 5 C (100) | 2007-02-15, 14:35:24 | ISE | 8 | 0.7500 | -600.00 | -4.00 | 0.00 | 604.00 | 0.00 | O |
| NABI FEB07 5 C (100) | 2007-02-15, 14:54:51 | PSE | 10 | 0.8000 | -800.00 | -5.00 | 0.00 | 805.00 | 0.00 | P O |
| NABI FEB07 5 C (100) | 2007-02-15, 14:54:51 | PSE | 2 | 0.8000 | -160.00 | -1.00 | 0.00 | 161.00 | 0.00 | P O |
| NABI FEB07 5 C (100) | 2007-02-15, 15:13:32 | ISE | 2 | 0.8000 | -160.00 | -1.00 | 0.00 | 161.00 | 0.00 | P O |
| NABI FEB07 5 C (100) | 2007-02-15, 15:13:49 | ISE | 16 | 0.8000 | -1,280.00 | -8.00 | 0.00 | 1,288.00 | 0.00 | P O |
| NABI FEB07 5 C (100) | 2007-02-15, 15:13:51 | ISE | 2 | 0.8000 | -160.00 | -1.00 | 0.00 | 161.00 | 0.00 | P O |
| HPQ FEB07 40 P (100) | 2007-02-16, 16:20:00 | -- | -4,762 | 0.0000 | 0.00 | 0.00 | 0.00 | -38,691.00 | -38,691.00 | C Ex Ep |
| Open: | 2007-02-12, 10:27:26 | P/L:-291.50 | 53 | | | | | | | ST |
| Open: | 2007-02-12, 10:32:37 | P/L:-847.00 | 154 | | | | | | | ST |
| Open: | 2007-02-12, 10:32:37 | P/L:-407.00 | 74 | | | | | | | ST |
| Open: | 2007-02-12, 10:32:37 | P/L:-1,254.00 | 228 | | | | | | | ST |
| Open: | 2007-02-12, 10:32:37 | P/L:-522.50 | 95 | | | | | | | ST |
| Open: | 2007-02-12, 10:32:37 | P/L:-126.50 | 23 | | | | | | | ST |
| Open: | 2007-02-12, 10:32:39 | P/L:-137.50 | 25 | | | | | | | ST |
| Open: | 2007-02-12, 10:43:53 | P/L:-110.00 | 20 | | | | | | | ST |
| Open: | 2007-02-12, 11:10:21 | P/L:-374.00 | 68 | | | | | | | ST |
| Open: | 2007-02-12, 11:10:21 | P/L:-60.50 | 11 | | | | | | | ST |
| Open: | 2007-02-12, 11:10:21 | P/L:-1,105.50 | 201 | | | | | | | ST |
| Open: | 2007-02-12, 11:10:21 | P/L:-60.50 | 11 | | | | | | | ST |
| Open: | 2007-02-12, 11:10:23 | P/L:-137.50 | 25 | | | | | | | ST |
| Open: | 2007-02-12, 11:11:14 | P/L:-374.00 | 68 | | | | | | | ST |
| | 2007-02-12, | | | | | | | | | |

**EXHIBIT E - Part 15 of 15**

| Open: | 11:11:14 | P/L:-60.50 | 11 | ST |
|---|---|---|---|---|
| Open: | 2007-02-12, 11:11:14 | P/L:-60.50 | 11 | ST |
| Open: | 2007-02-12, 11:11:14 | P/L:-374.00 | 68 | ST |
| Open: | 2007-02-12, 11:11:14 | P/L:-1,105.50 | 201 | ST |
| Open: | 2007-02-12, 11:12:45 | P/L:-374.00 | 68 | ST |
| Open: | 2007-02-12, 11:12:45 | P/L:-60.50 | 11 | ST |
| Open: | 2007-02-12, 11:12:45 | P/L:-374.00 | 68 | ST |
| Open: | 2007-02-12, 11:12:45 | P/L:-60.50 | 11 | ST |
| Open: | 2007-02-12, 11:43:03 | P/L:-110.00 | 20 | ST |
| Open: | 2007-02-12, 11:56:40 | P/L:-363.00 | 66 | ST |
| Open: | 2007-02-12, 11:56:40 | P/L:-126.50 | 23 | ST |
| Open: | 2007-02-12, 11:56:40 | P/L:-363.00 | 66 | ST |
| Open: | 2007-02-12, 11:56:40 | P/L:-60.50 | 11 | ST |
| Open: | 2007-02-12, 11:56:40 | P/L:-60.50 | 11 | ST |
| Open: | 2007-02-12, 12:26:25 | P/L:-550.00 | 100 | ST |
| Open: | 2007-02-12, 13:00:43 | P/L:-330.00 | 60 | ST |
| Open: | 2007-02-12, 13:01:04 | P/L:-330.00 | 60 | ST |
| Open: | 2007-02-12, 13:29:21 | P/L:-220.00 | 40 | ST |
| Open: | 2007-02-12, 13:46:19 | P/L:-550.00 | 100 | ST |
| Open: | 2007-02-12, 13:50:12 | P/L:-550.00 | 100 | ST |
| Open: | 2007-02-12, 13:50:13 | P/L:-550.00 | 100 | ST |
| Open: | 2007-02-12, 13:59:31 | P/L:-1,050.00 | 100 | ST |
| Open: | 2007-02-12, 14:01:27 | P/L:-1,050.00 | 100 | ST |
| Open: | 2007-02-12, 14:08:03 | P/L:-105.00 | 10 | ST |
| Open: | 2007-02-12, 14:08:29 | P/L:-105.00 | 10 | ST |
| Open: | 2007-02-12, 14:09:21 | P/L:-315.00 | 30 | ST |
|  | 2007-02-12, |  |  |  |

**EXHIBIT E - Part 15 of 15**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Open: | 14:09:59 | P/L:-2,625.00 | 250 | | | | | | ST |
| Open: | 2007-02-12, 14:13:47 | P/L:-5,250.00 | 500 | | | | | | ST |
| Open: | 2007-02-12, 14:14:33 | P/L:-5,250.00 | 500 | | | | | | ST |
| Open: | 2007-02-12, 14:59:37 | P/L:-10,395.00 | 990 | | | | | | ST |
| Open: | 2007-02-12, 14:59:38 | P/L:-105.00 | 10 | | | | | | ST |
| NABI FEB07 5 C (100) | 2007-02-16, 16:20:00 | -- | -50 | 0.0000 | 0.00 | 0.00 | 0.00 | -3,985.00 | 0.00 | C Ex |
| Open: | 2007-02-15, 14:35:09 | P/L:0.00 | 10 | | | | | | ST |
| Open: | 2007-02-15, 14:35:24 | P/L:0.00 | 8 | | | | | | ST |
| Open: | 2007-02-15, 14:54:51 | P/L:0.00 | 10 | | | | | | ST |
| Open: | 2007-02-15, 14:54:51 | P/L:0.00 | 2 | | | | | | ST |
| Open: | 2007-02-15, 15:13:32 | P/L:0.00 | 2 | | | | | | ST |
| Open: | 2007-02-15, 15:13:49 | P/L:0.00 | 16 | | | | | | ST |
| Open: | 2007-02-15, 15:13:51 | P/L:0.00 | 2 | | | | | | ST |
| Total | | | | | -21,593.00 | -17,687.00 | 0.00 | -31,750.00 | -56,488.00 | |

### Interest Earned

**USD**

| Date | Description | Amount |
|---|---|---|
| 2007-02-05 | USD CREDIT INT FOR JAN-2007 | 2,830.20 |
| 2007-02-05 | USD NET SHRT STK INT FOR JAN-2007 | 347.63 |
| Total | | 3,177.83 |

### Interest Paid

**USD**

| Date | Description | Amount |
|---|---|---|
| 2007-02-05 | USD DEBIT INT FOR JAN-2007 | -737.69 |
| Total | | -737.69 |

### Cash Activity

**USD**

| Date | Description | Amount |
|---|---|---|
| 2007-02-05 | ORDER CANCELLATION FEE | -4.65 |

**EXHIBIT E - Part 15 of 15**

| | | |
|---|---|---:|
| 2007-02-06 | ORDER CANCELLATION FEE | -7.70 |
| 2007-02-07 | ORDER CANCELLATION FEE | -16.45 |
| 2007-02-09 | JAN DATA FEES - NASDAQ LEVEL I | -20.00 |
| 2007-02-09 | JAN DATA FEES - NASDAQ LEVEL II | -50.00 |
| 2007-02-09 | JAN DATA FEES - US OPTIONS BUNDLE | -20.00 |
| 2007-02-16 | ORDER CANCELLATION FEE | -2.40 |
| Total | | -121.20 |

For futures realized and unrealized profit and loss on a first in, first out (FIFO) basis, click here.

Codes

| Code | Meaning |
|---|---|
| P | Partial Execution |
| O | Opening Trade |
| C | Closing Trade |
| CA | Cancelled Trade |
| CC | Cancelled Corporate Action |
| CO | Corrected Trade |
| L | Ordered by IB (Margin Violation) |
| M | Entered manually by IB |
| I | Internal Transfer |
| E | External Transfer |
| Ex | Exercise and Assignment |
| Ep | Resulted from an Expired Position |
| N | Late Trade. Profit or Loss will be recognized on next day's statement |
| ST | Short Term P/L |
| LT | Long Term P/L |
| PLC | P/L affected by Corporate Action |
| PLT | P/L affected by Transfer |

**EXHIBIT E - Part 15 of 15**

## Notes

(1) Stock transactions settle on the trade date plus three days and securities options settle on the trade date plus one day. Ending settled cash reflects the cash which has actually settled.

(2) Initial and maintenance margin requirements are available within the Account Window of the Trader Workstation.

(3) Quantities preceded by a "-" sign indicate sell transactions. Other transactions are purchases. The settlement date for stock transactions is trade date + 3 business days, except for transactions on XETRA, which settle on trade date + 2 business days. Option transactions settle on trade date + 1 business day.

(4) In case of partial executions, commissions are charged on the total quantity executed on the original order. The commission is displayed on the first partial execution only.

(5) For bond trades, information regarding bond yield, calculated from the price of the transaction excluding commissions, was provided in writing at the time of the transaction in the Trader Workstation trade confirmation window. For further information, please contact the IB Help Desk at: help@interactivebrokers.com

(6) All times are local to the exchange.

(7) Click here to view the applicable commodity Regulatory Fees for your transactions.

## Legal Notes

(1) Unless otherwise noted, Interactive Brokers acted as agent in the execution of the above transactions. For those exchanges where IB is not self-clearing, IB may use one of the following clearing agents: Interactive Brokers (U.K.) Limited, Timber Hill Canada Company, Timber Hill Europe AG, Timber Hill LLC, Timber Hill Securities Hong Kong Limited, BNP Paribas Commodity Futures, Inc., Euroclear Bank S.A./N.V., Fimat International Banque S.A., Fortis Clearing Singapore Pte. Ltd., Fortis Clearing Sydney Pty Limited, Goodmorning Shinhan Securities Co., Ltd., Société Générale Zurich branch.

(2) IB acts as agent or riskless principal in foreign currency exchange transactions. Such transactions are executed against an IB affiliate or a third party, which acts as principal in such transactions and may have a long or short position and may have profited or lost in connection with the transaction. Foreign currency exchange transactions executed by Customer through IB are not regulated or overseen by the SEC or the CFTC.

(3) Trades marked with the exchange indicator of TMBR were effected by IB as agent through a market making affiliate, which acted as principal in the transaction and may have a long or short position in the security and may have profited or lost in connection with the transaction.

(4) All VWAP trades are effected pursuant to an average price formula based on a reference price provided by a third-party data provider. Additional information and reference prices are available upon request. IB, as agent, effects VWAP transactions through a market making affiliate, which acts as principal in such transactions and may have a long or short position in the security and may have profited or lost in connection with the transaction.

(5) Except for liquidity rebates that may be paid by ECNs for certain orders routed to those ECNs, IB does not generally accept payment for order flow for stock orders. ECN liquidity rebates are credited against the fees charged by the ECNs to execute other orders. IB receives payment for some option orders pursuant to exchange-mandated marketing fee programs or other arrangements. IB does not generally accept payment for order flow for security futures orders. To the extent permissible under exchange rules, IB may direct customer stock, option, futures, or security futures orders to its market making affiliate Timber Hill LLC, or to another affiliate, for execution. In such cases IB's affiliate may act as principal in the resulting transaction and may earn a profit or incur a loss in connection with the transaction. The source and nature of any compensation received by IB in connection with any transaction is available upon written request of the customer. For further information, check the IB website or email help@interactivebrokers.com.

(6) For security futures trades, if not already indicated on this statement, information about the time of any transaction, the identity of the counterparty to the transaction, and whether IB is acting as agent or principal, as agent for the counterparty, as agent for both parties to the contract, or as principal, and if acting as principal, whether the transaction was a block transaction or an exchange for physicals transaction, will be available upon written request of the customer.

(7) Customer is requested to promptly advise Interactive Brokers of any material change in Customer's investment objectives or financial situation.

(8) A financial statement of this organization is available for your personal inspection at www.interactivebrokers.com or at its offices, or a copy of it will be mailed upon your written request.

SIPC Member

**EXHIBIT E - Part 15 of 15**

For an explanation of your statement, click here.

**EXHIBIT E - Part 15 of 15**